1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9    ROGER DOUGLAS,                           Case No. 1:23-cv-00653-KES-EPG (PC)

10                    Plaintiff,
                                              ORDER ADOPTING FINDINGS AND
11           v.                               RECOMMENDATIONS TO GRANT
                                              DEFENDANTS' MOTION FOR SUMMARY
12   HEATHER SHIRLEY, et al.,                 JUDGMENT

13                    Defendants.             Docs. 35, 41

14

15

16          Plaintiff Roger Douglas is a state prisoner proceeding pro se and in forma pauperis in this

17   civil rights action filed under 42 U.S.C. § 1983.  This matter was referred to a United States

18   magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          Plaintiff initiated this action on April 28, 2023.  Doc. 1.  In his complaint, plaintiff

20   contends that defendants Heather Shirley, J. Cronjager, and Scott Degough, all prison officials,

21   were deliberately indifferent to his health and safety in violation of the Eighth Amendment by

22   failing to correct certain contaminants in the water supply during his incarceration at Wasco

23   State Prison.  *Id.*  Defendants answered the complaint on October 2, 2023.  Doc. 14.  On

24   October 18, 2024, defendants filed a motion for summary judgment.  Doc. 35.  The assigned

25   magistrate judge granted plaintiff two extensions of time to file an opposition to the motion,

26   however, plaintiff failed to do so.  Docs. 37, 39, 40.  On February 7, 2025, the assigned

27   magistrate judge entered findings and recommendations, recommending that defendants' motion

28   for summary judgment be granted.  Doc. 41.  Any objections to the findings and

1   recommendations were due within thirty (30) days of the date of service of the findings and

2   recommendations.  *Id.* at 9.  Plaintiff did not file any objections and the time to do so has

3   expired.  *See* docket.

4         In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of

5   this case.  Having carefully reviewed the file, the court concludes the findings and

6   recommendations are supported by the record and proper analysis.

7         Accordingly, IT IS HEREBY ORDERED that:

8      1.  The findings and recommendations entered on February 7, 2025 (Doc. 41) are

9        ADOPTED IN FULL.

10     2.  Defendants' motion for summary judgment (Doc. 35) is GRANTED.

11     3.  The Clerk of Court is directed to issue judgment in favor of defendants and CLOSE

12       this case.

13

14

15  IT IS SO ORDERED.

16    Dated:   May 29, 2025

                           UNITED STATES DISTRICT JUDGE